BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Regional Chief Counsel, Region IX
Social Security Administration
LYNN M. HARADA, CSBN 267616
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8977
    Facsimile: (415) 744-0134
    E-Mail: Lynn.Harada@ssa.gov

Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY LEE HENRICUS,<br><br>    Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.:  2:14-cv-02699-KJN<br><br>STIPULATION AND ~~PROPOSED~~ ORDER FOR AN EXTENSION OF TIME |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended from July 23, 2015, to and including August 27, 2015.  This is Defendant's first request for an extension of time to respond to Plaintiff's motion.  Defense counsel needs the additional time to further review the file and prepare a response in this matter due to a heavy workload, including several other district court cases, despite due diligence.

1        The parties further stipulate that the remaining dates in the Court's Scheduling Order

2   shall be modified accordingly.

3        Defense counsel apologizes to the Court for any inconvenience caused by this delay.

4

5                                        Respectfully submitted,

6                                        LAW OFFICE OF ANA L. MOLLEDA

7   Dated:  July 22, 2015               */s/ Lynn M. Harada for Ana L. Molleda*_

8                                        (*as authorized via email on 7/22/15)
                                         ANA L. MOLLEDA
9                                        Attorney for Plaintiff

10

11  Dated: July 22, 2015                 BENJAMIN B. WAGNER

12                                       United States Attorney
                                         DONNA L. CALVERT
13                                       Regional Chief Counsel, Region IX
                                         Social Security Administration
14

15                          By:         /s/  Lynn M. Harada_____

16                                       LYNN M. HARADA
                                         Special Assistant U.S. Attorney
17
                                         Attorneys for Defendant
18

19

20                                       ORDER:

21  APPROVED AND SO ORDERED:

22

23  Dated:  July 24, 2015

24                                       _____

25                                       KENDALL J. NEWMAN
                                         UNITED STATES MAGISTRATE JUDGE
26

27

28